ACCEPTED
08-22-00016-CV
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
1/18/2022 5:45 PM
ELIZABETH G. FLORES
CLERK

08-22-00016-CV

## NO. **08-22-00016-CV**

| | | |
|---|---|---|
| **IN THE MATTER OF THE** | § | **IN THE COURT OF APPEALS** |
| **MARRIAGE OF** | § | 8th COURT OF APPEALS |
| | § | EL PASO, TEXAS |
| **SPENCER HARRISON COTE** | § | 1/18/2022 5:45:04 PM |
| **AND** | § | **EIGHTH DISTRICT OF TEXAS** |
| | § | Clerk |
| **DAWN JANNISE COTE** | § | |
| | § | |
| **AND IN THE INTEREST OF** | § | |
| **K.G.C., A CHILD** | § | **EL PASO, TEXAS** |

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/18/2022 5:45:04 PM
ELIZABETH G. FLORES
Clerk

### APPEARANCE OF LEAD APPELLATE COUNSEL

BRIAN D. WALTERS and ANDREW N. SPEER hereby makes this appearance as lead appellate counsel for SPENCER HARRISON COTE, in this case.

BRIAN TURNER was trial counsel when this case was tried before the Associate Judge and approved and adopted by the 85th Judicial District Court, Brazos County, Texas.

SPENCER HARRISON COTE, under Texas Rule of Appellate Procedure 6.1(c), designates BRIAN D. WALTERS and ANDREW N. SPEER as lead counsel for this appeal.

The necessary information for BRIAN D. WALTERS is as follows:

> Texas Bar No. 00797619
> 3811 Turtle Creek Blvd., Suite 1000
> Dallas, Texas 75219
> Tel: 469-755-3283
> Fax: 713-300-3951
> Email: service@waltersgilbreath.com

The necessary information for ANDREW N. SPEER is as follows:

> Texas Bar No. 24098457
> 3811 Turtle Creek Blvd., Suite 1000
> Dallas, Texas 75219
> Tel: 469-755-3283
> Fax: 713-300-3951
> Email: andrew.speer@waltersgilbreath.com

Respectfully submitted,

Walters Gilbreath, PLLC
3811 Turtle Creek Blvd., Suite 1000
Dallas, Texas 75219
Tel: (469) 755-3283
service@waltersgilbreath.com

/s/ Andrew N. Speer
Brian D. Walters
Texas State Bar No. 00797619
Andrew Speer
Texas State Bar No. 24098457
Counsel for Spencer Cote

## Certificate of Service

I certify that a true copy of this document was served in accordance with Rule 21a of the

Texas Rules of Civil Procedure on the following via e-service on 1/19/2022:

***Via Electronic Service and Email:*** rdavis@attorneyrickdavis.com
Rick Davis
Rick Davis & Associates
504 E. 27th Street
Bryan, Texas 77803
Tel: 979-779-4357
Fax: 888-435-4080
Attorney for Appellant

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrew Speer on behalf of Andrew Speer
Bar No. 24098457
andrew.speer@waltersgilbreath.com
Envelope ID: 60924269
Status as of 1/19/2022 9:54 AM MST

Associated Case Party: SpencerHarrisonCote

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brian D.Walters | | service@waltersgilbreath.com | 1/18/2022 5:45:04 PM | SENT |
| Andrew N.Speer | | andrew.speer@waltersgilbreath.com | 1/18/2022 5:45:04 PM | SENT |
| Elyse Norman | | elyse.norman@waltersgilbreath.com | 1/18/2022 5:45:04 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Youca Canales | | ycanales@attorneyrickdavis.com | 1/18/2022 5:45:04 PM | SENT |

Associated Case Party: DawnJanniseCote

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rick Davis | | rdavis@attorneyrickdavis.com | 1/18/2022 5:45:04 PM | SENT |